UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAPPA,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES, HAMMERKING PRODUCTIONS, INC.; and DOES 1 through 10,<br><br>     Defendants. | No. 5:21-cv-00022-JGB-SHK<br><br>[~~Proposed~~] Protective Order |

The Court, having read and considered the parties' joint stipulation for protective order, and for the reasons stated in the joint stipulation and for good cause shown,

**It is hereby Ordered** that Protected Material, as defined in the Stipulation, may be disclosed by Defendant and used pursuant to and in accordance with the Stipulation.

**It is further Ordered** that any use of Protected Material at trial shall be governed by the orders of the trial judge. This Order does not govern the use of Protected Material at trial.

DATED:  December 28, 2022

_____
Shashi H. Kewalramani
United States Magistrate Judge