| | |
|---|---|
| LAW OFFICES OF BRIAN J. BREITER, LLP<br>BRIAN BREITER, SB# 205102<br>E-Mail: brian@lawbreiter.com<br>TIMOTHY R. MCCORMICK, SB# 212543<br>E-Mail: tim@lawbreiter.com<br>4929 Wilshire Blvd., Suite 410<br>Los Angeles, CA 90010<br>Telephone: (323) 954-9955<br>Facsimile: (323) 954-0035<br>Attorneys for Plaintiff, JOHN CAPPA | TYSON & MENDES, LLP<br>RICHARD G. SOMES SB# 203957<br>E-Mail: rsomes@tysonmendes.com<br>CHASE GOODMAN<br>E-Mail: cgoodman@tysonmendes.com<br>17901 Von Karman Ave., Suite 600<br>Irvine, CA 92614<br>Telephone: (949) 490-4840<br>Facsimile: (949) 267-5261<br>Attorneys for Defendant,<br>HAMMERKING PRODUCTIONS, INC. |

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0609
    Facsimile: (213) 894-7819
    Email: sarah.quist@usdoj.gov
Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOHN CAPPA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, HAMMERKING PRODUCTIONS, INC.; and DOES 1 through 10,<br><br>    Defendants. | No. 5:21-cv-00022-JGB-SHK<br><br>**NOTICE OF PROPOSED SETTLEMENT; [PROPOSED] ORDER**<br><br><br>Honorable Jesus G. Bernal<br>United States District Judge |

1

The parties have reached a proposed settlement subject to Department of Justice approval. The parties respectfully request that the Court vacate the trial date and stay this action for ninety (90) days.

Dated: April 26, 2023  **LAW OFFICES OF BRIAN J. BREITER, LLP**

/s/ *Timothy R. McCormick*
TIMOTHY R. MCCORMICK
Attorney for Plaintiff
John Cappa

Dated: April 26, 2023  **TYSON & MENDES, LLP**

/s/ *Chase Goodman*
RICHARD G. SOMES
CHASE GOODMAN
Attorneys for Defendant
HAMMERKING PRODUCTIONS, INC.

Dated: April 26, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Sarah Quist
SARAH QUIST
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

**Attestation of Filer:** I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.
April 26, 2023         /s/ *Sarah Quist*
                       SARAH QUIST