LAW OFFICES OF BRIAN J. BREITER, LLP
BRIAN BREITER, SB# 205102
E-Mail:brian@lawbreiter.com
TIMOTHY R. MCCORMICK, SB# 212543
E-Mail:tim@lawbreiter.com
4929 Wilshire Blvd., Suite 410
Los Angeles, CA 90010
Telephone: (323) 954-9955
Facsimile: (323) 954-0035
Attorneys for Plaintiff, JOHN CAPPA

TYSON & MENDES, LLP
RICHARD G. SOMES SB# 203957
E-Mail: rsomes@tysonmendes.com
CHASE GOODMAN
E-Mail: cgoodman@tysonmendes.com
17901 Von Karman Ave., Suite 600
Irvine, CA 92614
Telephone: (949) 490-4840
Facsimile: (949) 267-5261
Attorneys for Defendant,
HAMMERKING PRODUCTIONS, INC.

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0609
    Facsimile: (213) 894-7819
    Email: sarah.quist@usdoj.gov
Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CAPPA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, HAMMERKING PRODUCTIONS, INC.; and DOES 1 through 10, <br><br> Defendants. | No. 5:21-cv-00022-JGB-SHK <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** <br><br><br> Honorable Jesus G. Bernal <br> United States District Judge |

1

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses. The Court shall not retain jurisdiction over the above-captioned action, this settlement, or the United States.

Dated: 6/7, 2023

**LAW OFFICES OF BRIAN J. BREITER, LLP**

_____
TIMOTHY R. MCCORMICK
Attorney for Plaintiff
John Cappa

Dated: June 2, 2023

**TYSON & MENDES, LLP**

_____
RICHARD G. SOMES
CHASE GOODMAN
Attorneys for Defendant
HAMMERKING PRODUCTIONS, INC.

Dated: June 7, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

_____
SARAH QUIST
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA