UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CAPPA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, HAMMERKING PRODUCTIONS, INC.; and DOES 1 through 10,<br><br>    Defendants. | No. 5:21-cv-00022-JGB-SHK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1  Pursuant the Stipulation of the parties, IT IS HEREBY ORDERED that the
2  above-captioned action is dismissed with prejudice in its entirety. Each side shall bear
3  its own costs, fees, and expenses. The Court shall not retain jurisdiction over the
4  above-captioned action, the parties' settlement, or the United States.

DATED: June 26, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE